# EXHIBIT A

1. *Shane Roshto and Natalie Roshto v. Transocean LTD, et al.*; Civil Action No. 02:10-cv-1156; USDC (Eastern-LA).

2. *Tracy Kleppinger v. Transocean Offshore Deepwater Drilling, Inc., et al*; Case No. 2010-25245; 234th Judicial District, Harris County, Texas.

3. *Matthew W. Davis v. Transocean Ltd., et al.*; Case No. 2010-CV-25752; 151st Judicial District Harris County, Texas.

4. *Michelle M. Jones v. Transocean Ltd., et al.*; Civil Action No. 2:10-cv-1196; USDC (Eastern-LA).

5. *Robert Hearn v. Transocean, LTD, et al.*; Case No. 2010-25752; 151st Judicial District, Harris County, Texas.

6. *Acy Cooper v. BP, PLC, et al.*; Case No. 2:10-cv-01229; USDC (Eastern-LA).

7. *Troy Wetzel v. Transocean Ltd.*, et al.; Civil Action No. 2:10-cv-01222; USDC (Eastern-LA).

8. *John T. Harris v. Transocean Ltd.*, et al.; Civil Action No. 3:10-cv-00129; USDC (Northern-FL).

9. *Micah Sandell v. Transocean Ltd.*, et al.; Case No. 2010-25752; 151st Judicial District, Harris County, Texas.

10. *Dennis Dewayne Martinez v. Transocean LTD, et al.*; Case No. 2010-25752; 151st Judicial District, Harris County, Texas.

11. *James F. Mason, Jr. v. Transocean Ltd., et al.*; Civil Action No. 1:10-cv-00191; USDC (Southern-AL).


12. *Samuel Wade Pigg v. Transocean LTD, et al.*; Case No. 2010-25752; 151st Judicial District, Harris County, Texas.

13. *Michael Williams v. Transocean, Ltd., et al.*; Civil Action No. 2:10-cv-01243; USDC (Eastern-LA).

14. *Ellis Schouest, III v. Transocean, Ltd., et al.*; Civil Action No. 6:10-cv-00727; USDC (Western-LA).

15. *Shannon Trahan v. Transocean, Ltd., et al.*; Civil Action No. 1:10-cv-00198; USDC (Southern-AL).

16. *Peter Burke v. Transocean, Ltd., et al.*; Civil Action No. 1:10-cv-00195; USDC (Southern-AL).

17. *Michael Salley v. Transocean Holdings, Inc., et al.*; Civil Action No. 3:10-cv-00133; USDC (Northern-FL).

18. *Stephen Stone v. Transocean Offshore Deepwater Drilling, Inc., et al.*; Case No. 2010-25245; 234th Judicial District, Harris County, Texas.

19. *Fort Morgan Sales, Rentals & Development, Inc. v. Transocean Holdings Inc., et al.*; Civil Action No. 1:10-cv-0023; USDC (Southern-AL).

20. *Billy Wilkerson v. Transocean Holdings, et. al.*; Civil Action No. 1:10-cv-00201; USDC (Southern-AL).

21. *Fishtrap Charters v. Transocean Holdings, Inc., et al.*; Civil Action No. 1:10-cv-00202; USDC (Southern-AL).

22. *George Weems Ward v. Transocean Holdings, Inc., et al.*; Civil Action No. 4:10-cv-00157; USDC (Northern-FL).

23. *Ocean Reef Realty, Inc. v. Transocean Holdings, Inc., et al.*; Civil Action No. 3:10-cv-00132; USDC (Southern-FL).

24. *Eugene DeWayne Moss v. Transocean LTD, et al.*; Case No. 2010-25752; 151st Judicial District, Harris County, Texas.

25. *NOVA Affiliated v. BP, PLC, et al.*; Civil Action No. 2:10-cv-1313; USDC (Eastern – LA).

26. *James J. Friloux v. BP, PLC, et al.*; Civil Action No. 2:10-cv-1246; USDC (Eastern-LA).

27. *Ray Vath v. BP, PLC, et al.*; Civil Action No. 2:10-cv-1273; USDC (Eastern-LA).

28. *Bryan C. Carrone v. BP, PLC, et al.*; Civil Action No. 2:10-cv-1315; USDC (Eastern – LA).

29. *Matthias Properties, LLC v. BP, PLC, et al.*; Civil Action No. 2:10-cv-1309; USDC (Eastern – LA).

30. *Robin Seafood, Inc. v. BP, PLC, et al.*; Civil Action No. 2:10-cv-1314; USDC (Eastern – LA).

31. *Darleen Jacobs Levy v. Transocean LTD, et al.*; Civil Action No. 2:10-cv-1245; USDC (Eastern – LA).

32. *Bill's Oyster House v. BP, PLC, et al.*; Civil Action No. 2:10-cv-1308; USDC (Eastern – LA).

33. *Ben Robin v. BP, PLC, et al.*; Civil Action No. 2:10-cv-1248; USDC (Eastern – LA).

34. *Michael Ivic v. BP, PLC, et al.*; Civil Action No. 2:10-cv-1249; USDC (Eastern – LA).

35. *Felix Alexie, Jr. v. BP, PLC, et al.*; Civil Action No. 2:10-cv-1250; USDC (Eastern – LA).

36. *Franklin Parker v. Transocean LTD, et al.*; Civil Action No. 10:00174; USDC (Southern – MS).

37. *Ben Nelson v. Transocean LTD, et al.*; Civil Action No. 3:10-cv-00172; USDC (Southern – TX).

38. *Nicholas Harris v. Transocean LTD, et al.*; Civil Action No. 10:00134; USDC (Northern – FL).

39. *Joe Patti Seafood Company v. Transocean LTD, et al.*; Civil Action No. 10:00137; USDC (Northern – FL).

40. *Bryan C. Carrone v. BP, PLC, et al.*; Civil Action No. 2:10-cv-01315; USDC (Eastern – LA).

41. *Darleen Jacobs Levy v. Transocean LTD., et al.*; Civil Action No. 2:10-cv-01245; USDC (Eastern – LA).

42. *Bon Secour Fisheries, Inc. v. BP, PLC, et al.*; Civil Action No. 1:10-cv-00206; USDC (Southern – AL).

43. *Billy's Seafood, Inc. v. Transocean Holdings, Inc.*; Civil Action No. 1:10-cv-00215; USDC (Southern – AL).

44. *Gulf Shores West Beach Investments, LLC v. Transocean Holdings Inc., et al.*; Civil Action No. 1:10-cv-00213; USDC (Southern-AL).

45. *George C. Simpson v. Transocean LTD, et al.*; Civil Action No. 1:10-cv-00210; USDC (Southern – AL).

46. *Jud and Sherri Smith v. BP, PLC., et al.*; Civil Action No. 1:10-cv-00200; USDC (Southern-AL).

47. *Franklin Parker v. Transocean LTD, et al.*; Civil Action No. 1:10-cv-174; USDC (Southern-MS).

48. *George Barisich v. BP, PLC, et al.*; Civil Action No. 2:10-cv-01324; USDC (Eastern – LA).

49. *Charles & Lisa Robin, III v. BP, PLC, et al.*; Civil Action No. 2:10-cv-01295; USDC (Eastern – LA).

50. *Captain Eugene B. Dugas v. BP, PLC, et al.*; Civil Action No. 2:10-cv-01322; USDC (Eastern – LA).

51. *Brent J. Rodrigue, Sr. v. BP, PLC, et al.*; Civil Action No. 2:10-cv-01325; USDC (Eastern – LA).

52. *Matthews Gaskins v. BP, PLC, et al.*; Civil Action No. 2:10-cv-00738; USDC (Western – LA).

53. *Cajun Maid, LLC v. BP, PLC, et al.*; Civil Action No. 1:10-cv-00176; USDC (Southern – MS).

54. *Charlie C. Nguyen v. Transocean LTD, et al.*; Civil Action No. 1:10-cv-00178; USDC (Southern – MS).

55. *Hiep Trieu v. BP Exploration and Production, Inc., et al.*; Civil Action No. 1:10-cv-00177; USDC (Southern – MS).

56. *Ben Chenault v. Transocean LTD, et al.*; Civil Action No. 2:10-cv-001139; USDC (Northern – AL).

57. *Robert B. Pendarvis v. BP, PLC, et al.*; Civil Action No.1:10-cv-00218; USDC (Southern – AL).

58. *Fran Hopkins v. Transocean LTD, et al.*; Civil Action No. 1:10-cv-00221; USDC (Southern-AL).

59. *Steven Lavigne v. British Petroleum, P.L.C., et al.*; Civil Action No. 1:10-cv-00222-C; USDC (Southern – AL).

60. *David Meyer v. BP, PLC, et al.*; Civil Action No. 1:10-cv-00216; USDC (Southern – AL).

61. *Orange Beach Marina, Inc. v. Transocean Holdings, Inc., et al.*; Civil Action No. 1:10-cv-00217; USDC (Southern – AL).

62. *Charles & Annette Douglass v. Transocean Holdings, Inc., et al.*; Civil Action No. 3:10-cv-00136; USDC (Northern – LA).

63. *Joshua Kritzer v. Transocean, LTD, et al.*; Case No. 62738; Galveston County Court at Law #3, Galveston, Texas.

64. *Original Oyster House, Inc. v. Transocean Holdings Inc., et al.*; Civil Action No. 1:10-cv-00223; USDC (Southern – AL).

65. *Blue Water Yacht Sales v. Transocean Holdings Inc., et al.*; Civil Action No. 1:10-cv-00224KD-N; USDC (Southern – AL).

66. *Paul Hopper v. Cameron International Corporation, et al.*; Civil Action No. 1:10-cv-00173-HSO-JMR; USDC (Southern – MS).

67. *National Vietnamese American Fisherman Emergency Association v. BP, PLC, et al.*; Civil Action No. 4:10-cv-01607; USDC (Southern – TX).

68. *Anchor Realty, Inc. v. Transocean, Ltd., et al.*; Civil Action No. 1:10-cv-00205; USDC (Southern – AL).

69. *George Pelaez v. Cameron International, et al.*; Civil Action No. 1:10-cv-00180-HSO-JMR; USDC (Southern – MS).

70. *Michel D. Sevel v. BP, PLC, et al.*; Civil Action No. 1:10-cv-00179-HSO-JMR; USDC (Southern-MS).

71. *George Jett v. BP, PLC, et al.*; Civil Action No. 1:10-cv-00228-WS-C; USDC (Southern – AL).

72. *Marine Horizons, Inc. v. BP, PLC, et al.*; Civil Action No. 1:10-cv-00227-WS-N; USDC (Southern – AL).

73. *Water Street Seafood, Inc. v. BP, PLC, et al.*; Civil Action No. 4:10-cv-00162-SPM-WCS; USDC (Northern – FL).

74. *Stacey P. Walsh v. British Petroleum, P.L.C., et al.*; Civil Action No. 3:10-cv-00143-RV-MD; USDC (Northern-FL).

75. *Isadora Creppel v. BP, PLC, et al.*; Civil Action No. 2:10-cv-01 346-ILRL-KWR; USDC (Eastern – LA).

76. *Dewey Destin v. BP, PLC, et al.*; Civil Action No. 3:10-cv-00141-MCR-EMT; USDC (Northern – FL).

77. *Ronnie Daniels v. Cameron International Corporation f/k/a Cooper Cameron Corporation, et al.*; Civil Action No. 1:10-cv-182; USDC (Southern-MS).

78. *Jessica Staley v. Cameron International Corporation f/k/a Cooper Cameron Corporation, et al.*; Civil Action No. 1:10-cv-181; USDC (Southern-MS).

79. *Joseph A. Kunstler, et al. v. BP, plc, et al.*; Civil Action No. 2:10-cv-01345; USDC (Eastern-LA).

80. *Gulf Crown Seafood, Inc. v. BP, plc, et al.*; Civil Action No. 2:10-cv-01344; USDC (Eastern-LA).

81. *Cajun Offshore Charters, LLC v. BP, plc, et al.*; Civil Action No. 2:10-cv-01341; USDC (Eastern-LA).

82. *Fish Commander, LLC v. BP, plc, et al.*; Civil Action No. 2:10-cv-01339; USDC (Eastern-LA).

83. *T&D Fishery, LLC, et al. v. BP, plc, et al.*; Civil Action No. 2:10-cv-01332; USDC (Eastern-LA).

84. *Aleen Grieshaber, et al. v. BP Products North America, Inc., et al.*; Civil Action No. 1:10-cv-185; USDC (Southern-MS).

85. *Stacey Van Duyn, et al. v. Cameron International Corporation f/k/a Cooper Cameron Corporation*; Civil Action No. 1:10-cv-183; USDC (Southern-MS).

86. *Fishing Magicians Charters, LLC v. BP, PLC, et al.*; Civil Action No. 2:10-cv-10-01338; USDC (Eastern – LA).

87. *Sea Eagle Fisheries, Inc., et al. v. BP, plc, et al.*; Civil Action No. 1:10-cv-00238; USDC (Southern-AL).

88. *Terry Drawdy, et al. v. Transocean, Ltd., et al.*; Civil Action No. 1:10-cv-00235; USDC (Southern-AL).

89. *Capt. Edward Lockridge v. BP, plc, et al.*; Civil Action No. 1:10-cv-00233; USDC (Southern-AL).

90. *William D. Gregoire, et al. v. Transocean, Ltd., et al.*; Civil Action No. 2:10-cv-01351; USDC (Eastern-LA).

91. *Sophisticated Lady, LLC, et al. v. BP, plc, et al.*; Civil Action No. 2:10-cv-01387; USDC (Eastern-LA).

92. *Gas's Robroy J. Terrebonne, et al. v. BP, plc, et al.*; Civil Action No. 2:10-cv-01352; USDC (Eastern-LA).

93. *Eric Dumas v. BP, PLC, et al.*; Civil Action No. 2:10-cv-01 348-SSV-DEK; USDC (Eastern – LA).

94. *Elton Johnson v. BP, plc, et al.*; Civil Action No. 2:10-cv-01347; USDC (Eastern-LA).

95. *Percy Parker v. BP, plc, et al.*; Civil Action No. 2:10-cv-01411; USDC (Eastern-LA).

96. *Le Discount Seafood, Inc. v. BP, PLC, et al.*; Civil Action No. 5:10-cv-00106-RS-MD ; USDC (Northern – FLA).

97. *Captain Charlie Thomason's Bayou Charters, Inc. v. BP, PLC, et al.*; Civil Action No. 2:10-cv-01422; USDC (Eastern – LA).

98. *Gary Paul and L & H Enterprises, Inc. v. BP, PLC, et al.*; Civil Action No. 1:10-cv-00245; USDC (Southern – AL).

99. *Stephen Davis v. Transocean LTD, et al.*; Case No. 2010-25752; 151st Judicial District, Harris County, Texas.

100. *Christopher Choy v. Transocean Offshore Deepwater Drilling, Inc.*; Case No. 2010-25245; 234th Judicial District, Harris County, Texas.

101. *Monica C. Montagnet v. Transocean LTD, et al.*; Civil Action No.1:10-cv-201; USDC (Southern – MS).

102. *Katherine Firpo v. Anthony B. Hayward, et al.*; Civil Action No. 2:10-cv-01430; USDC (Eastern – LA).