IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND § | C.A. NO. _____ | |
| PETITION OF TRITON ASSET LEASING § | | |
| GmbH, TRANSOCEAN HOLDINGS LLC, § | | |
| TRANSOCEAN OFFSHORE DEEPWATER § | | |
| DRILLING INC., AND TRANSOCEAN § | | |
| DEEPWATER INC.,AS OWNER, MANAGING § | Fed. R. Civ. P. 9(h) | |
| OWNERS, OWNERS PRO-HAC VICE, § | | |
| AND/OR OPERATORS OF THE MODU § | | |
| DEEPWATER HORIZON, IN A CAUSE FOR § | | |
| EXONERATION FROM OR LIMITATION § | | |
| OF LIABILITY § | IN ADMIRALTY | |

**AFFIDAVIT OF VALUE**

THE STATE OF TEXAS §
§    KNOW ALL MEN BY THESE PRESENTS THAT
COUNTY OF HARRIS §

**BEFORE ME**, the undersigned authority, personally appeared S. Douglas Devoy, who, being by me duly sworn, upon his oath deposed and stated:

My name is S. Douglas Devoy. I am over twenty one years of age, of sound mind and competent to make this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

I am a marine surveyor and am currently associated with MatthewsDaniel, 4544 Post Oak Place, Suite 160, Houston, Texas 77027; Telephone-(713) 622-1633 Ext. 1400, as a Senior Vice President/Director. MatthewsDaniel is a firm engaged in, among other things, the survey and appraisal of vessels.

I have 29 years of experience in the marine surveying industry, including the surveying, appraisal and adjustment of claims regarding mobile offshore drilling units such as the MODU DEEPWATER HORIZON. My appraisals are performed in accordance with the uniform Standards of Professional Appraisal Practices.

I have performed an appraisal of the MODU DEEPWATER HORIZON as of the

[1]

date of the marine casualty occurring on April 20, 2010. I was charged with the duty of determining the fair market value of the said vessel as of such date. I personally performed my appraisal in accordance with the appropriate standards and using a cost approach have determined that the fair market value of such vessel on an as is where is basis immediately after the termination of the voyage ending on April 22, 2010, with the sinking of the vessel was $0.00 Dollars. It is my further opinion that the fair market value of the MODU DEEPWATER HORIZON has not changed significantly from that time to this.

This valuation of the MODU DEEPWATER HORIZON is based on my own experience, background and opinion. It is issued without prejudice to any party and is subject to revision if further information discloses a need therefor.

Further Affiant sayeth not.

S. DOUGLAS DEVOY

SWORN TO AND SUBSCRIBED before me by S. Douglas Devoy, this 5th day of May, 2010, to which witness my hand and seal of office.

NOTARY PUBLIC, STATE OF TEXAS
My commission expires: 9|4|2013



LAURIE A. SANDERS
Notary Public, State of Texas
My Commission Expires
September 04, 2013

7370-17333/#124983

[2]