IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND § | | C.A. NO. _____ |
| PETITION OF TRITON ASSET LEASING § | | |
| GmbH, TRANSOCEAN HOLDINGS LLC, § | | |
| TRANSOCEAN OFFSHORE DEEPWATER § | | |
| DRILLING INC., AND TRANSOCEAN § | | |
| DEEPWATER INC.,AS OWNER, MANAGING § | | Fed. R. Civ. P. 9(h) |
| OWNERS, OWNERS PRO-HAC VICE, § | | |
| AND/OR OPERATORS OF THE MODU § | | |
| DEEPWATER HORIZON, IN A CAUSE FOR § | | |
| EXONERATION FROM OR LIMITATION § | | |
| OF LIABILITY § | | IN ADMIRALTY |

## AFFIDAVIT WITH RESPECT TO PENDING FREIGHT

THE STATE OF TEXAS §
§  KNOW ALL MEN BY THESE PRESENTS THAT
COUNTY OF HARRIS §

**BEFORE ME**, the undersigned authority, personally appeared Kathleen McAllister, who, being by me duly sworn, upon his oath deposed and stated:

My name is Kathleen McAllister. I am over twenty one years of age, of sound mind and competent to make this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

I am the Finance Manager, North America Division, of Transocean Offshore Deepwater Drilling Inc., having an office at Park 10, 1311 Broadfield Boulevard, Houston, Texas 77084.

Based on the accounts receivable and accrued accounts receivable as of April 28, 2010, I am informed and believe that Petitioners' interest in the operating dayrate then pending of the MODU DEEPWATER HORIZON which commenced a voyage on January 30, 2010, in the vicinity of Mississippi Canyon Block 727 that ended on April 22, 2010, in the vicinity of Mississippi Canyon Block 252, is TWENTY-SIX MILLION SEVEN HUNDRED SIXTY-FOUR THOUSAND EIGHTY-THREE AND NO/100 DOLLARS ($26,764,083.00).

[1]

Further, Affiant sayeth not.

*Kathleen McAllister*
Kathleen McAllister

SWORN TO AND SUBSCRIBED before me by Kathleen McAllister, this 4th day of May, 2010, to which witness my hand and seal of office.



*Ana L. Gallardo*
NOTARY PUBLIC, STATE OF TEXAS
My commission expires: 11/1/12

7370-17333/#124989

[2]