IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND | § | C.A. NO. _____ |
| PETITION OF TRITON ASSET LEASING | § | |
| GmbH, TRANSOCEAN HOLDINGS LLC, | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | |
| DRILLING INC., AND TRANSOCEAN | § | |
| DEEPWATER INC.,AS OWNER, MANAGING | § | Fed. R. Civ. P. 9(h) |
| OWNERS, OWNERS PRO-HAC VICE, | § | |
| AND/OR OPERATORS OF THE MODU | § | |
| DEEPWATER HORIZON, IN A CAUSE FOR | § | |
| EXONERATION FROM OR LIMITATION | § | |
| OF LIABILITY | § | IN ADMIRALTY |

## NOTICE OF COMPLAINT AND PETITION FOR
## EXONERATION FROM OR LIMITATION OF LIABILITY

**NOTICE IS HEREBY GIVEN** that Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro Hac Vice*, and/or Operators, of the MODU *Deepwater Horizon*, her engines, gear, tackle, appurtenances, etc., have filed a Complaint and Petition pursuant to Title 46, U.S. Code, Sections 30501, *et seq.*, claiming the right to exoneration from or limitation of liability for all claims for any loss of life, injury, loss, destruction and damage arising out of or occurring on the voyage of the MODU *Deepwater Horizon* encompassing the dates January 30, 2010, through April 22, 2010, as more fully described in Petitioners' Complaint and Petition.

All persons having such claims must file them under oath, as provided in Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court, at the United States Courthouse at Houston, Texas, and serve on or mail a copy of said claim on Petitioners' attorney, Frank A. Piccolo, Preis & Roy, A.P.L.C., Wesleyan Tower, 24 Greenway Plaza, Suite 2050, Houston, Texas 77046, on or before

[1]

the _____ day of _____, 2010, or be defaulted in accordance with the provisions of

Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal

Rules of Civil Procedure.  Personal attendance is not required.

Any claimant desiring to contest the claims of Petitioner must file an answer to said

Petition, as required by the Supplemental Rules for Certain Admiralty and Maritime Claims,

Rule F(5), and serve on or mail a copy to Petitioners' attorney.

DONE at Houston, Texas, this _____ day of _____, 2010.

HONORABLE DAVID J. BRADLEY
UNITED STATES DISTRICT CLERK


By:_____
Deputy United States District Clerk


By:_____
FRANK A. PICCOLO
TBN: 24031227
SDBN: 30197
fpiccolo@preisroy.com
Wesleyan Tower
24 Greenway Plaza
Suite 2050
Houston, Texas 77046
(713) 355-6062 – Telephone
(713) 572-9129 – Facsimile

**ATTORNEY IN CHARGE FOR PETITIONERS
TRITON ASSET LEASING GMBH, TRANSOCEAN
HOLDINGS LLC, TRANSOCEAN OFFSHORE
DEEPWATER DRILLING INC., AND
TRANSOCEAN DEEPWATER INC.**