UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE COMPLAINT AND PETITION | * | CIVIL ACTION NO. |
| OF TRITON ASSET LEASING GmbH, et al. | * | 4:10-cv-01721 |
| | * | |
| | * | |
| | * | This Pleading Relates to Natalie |
| | * | Roshto v. Transocean, USDC-EDLA |
| | * | C.A. No. 2:10-cv-01156 |

**************************************************************************

# O R D E R

Considering the foregoing:

**IT IS HEREBY ORDERED** that the Motion to Transfer is Granted and that the limitation proceedings filed by the Transocean entities are transferred to the United States District Court for the Eastern District of Louisiana

Houston, Texas, this _____ day of _____, 2010

_____
UNITED STATES DISTRICT JUDGE

F:\Clients\Deepwater Horizon Oil Spill 10904-1\Pleadings\Motion To Transfer Order.wpd