**From:** Efile_Notice@laed.uscourts.gov
**To:** InterdistrictTransfer_txsd@txs.uscourts.gov

**Date:** Friday, August 20, 2010 12:23PM
**Subject:** Transferred case has been opened

```
CASE: 4:10-cv-01721

DETAILS: Case transferred from Texas Southern
has been opened in Eastern District of Louisiana
as case 2:10-cv-02771, filed 08/20/2010.
```